IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DANIEL BOOS, | ) |
|     Plaintiff-Appellant, | ) Case No.: CV 120-082 |
| vs. | ) |
| | ) Appeal No.: 21-13281 |
| JERMAINE WHITE, Warden, | ) |
|     Defendant-Appellee. | ) |

O R D E R

The appellant's motion for a certificate of appealability having been denied and his motion to appeal *in forma pauperis* having been denied as moot by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___1ST___ day of February, 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA